Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**Cory Taylor**
**Maria Taylor**
**Maddison Taylor (Minor)**

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**Horse Creek Academy**
**et, al (See Attached)**

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: _(check one)_ ☒ Yes ☐ No

SCPD – USDC COLA SC
JUL 30 '26 AM 9:11

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. See Attached

The Parties to this Complaint

The Plaintiff(s)

Maria Taylor
270 Bridge Creek Rd.
Ridge Spring SC  29129

Aiken County

803.617.8420

Maddison Taylor (Minor)
270 Bridge Creek Rd.
Ridge Spring SC  29129

Aiken County

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cory Taylor
Address: 270 Bridge Creek Rd.
Ridge Spring    SC    29129
*City*    *State*    *Zip Code*
County: Aiken
Telephone Number: 803·617·8420
E-Mail Address:

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ann Marie Taylor
Job or Title *(if known)*: Executive Director
Address: 1200 Toole Beck Rd.
Aiken    SC    29803
*City*    *State*    *Zip Code*
County: Aiken
Telephone Number: 803·226·0160
E-Mail Address *(if known)*:

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
Name: Ivey Savage
Job or Title *(if known)*:
Address: 1200 Toole Beck Rd.
Aiken    SC    29803
*City*    *State*    *Zip Code*
County: Aiken
Telephone Number:
E-Mail Address *(if known)*:

☒ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                Mary Vigneri
    Job or Title *(if known)*  OT Specialist
    Address              1200 Toolebeck Rd.
                      Aiken        SC      29803
                      *City*        *State*    *Zip Code*
    County            Aiken
    Telephone Number    706·833·6686
    E-Mail Address *(if known)*

☒ Individual capacity  ☒ Official capacity

Defendant No. 4
    Name                Erica Goodwin
    Job or Title *(if known)*  Elementary Lead
    Address              1200 Toolebeck Rd
                      Aiken        SC      29803
                      *City*        *State*    *Zip Code*
    County            Aiken
    Telephone Number    803·646·6543
    E-Mail Address *(if known)*

☒ Individual capacity  ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(a) Civil Rights And Disability Laws
(b) Rehabilation Act Of Americans with Disabilities
(See Attached)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

## Attached Page

II B. Basis for Jurisdiction

(c) Disabilities Education Act (IDEA)
(d) Assault And Battery
(e) Child Abuse & Neglect
(f) Unlawful Conduct toward a child
    with down syndrome (Non-Responsive)
(g) Failure to report suspected abuse or
    neglect of a vurnerable child.
(h) Negligent Infliction Of Emotional
    Distress

B.    Defendant(s)  Attached

Defendant No. 5

Tanya Tobias
Teacher Aid
1200 Toolebeck Rd.
Aiken SC    29803
☒           ☒
Aiken – County

Defendant  No. 6

Joanna  Eichelberger
SPED  Director
1200 Toolebeck Rd.
Aiken SC  29803
☒           ☒
Aiken – County

803·767·8815

☒ Individual capacity
☒ Official capacity

B.    Defendant(s) Attached

Defendant No. 7

Marti Anderson
Human Resources
1200 Toolebeck Rd.
Aiken        SC    29803
☒                    ☒
Aiken - County

☒ Both Capacities

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Horse Creek Academy 1200 Toolebeck Rd Aiken SC 29803

B.  What date and approximate time did the events giving rise to your claim(s) occur?

During the Month of August 2023 due to different activities at school time is unknown.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff Maria Taylor (here in after) Maria was employeed where these events took place. Maria contends in the month of August 2023 Defendant Ivey Savage first interaction with Plaintiff Maddison Taylor minor Maddison (here in after) with down syndrome (Non-responsive) female.

Page 4 of 6

# III    Statement of Claim

C.

Maria contends the week of August 23, 2023 Maddison was in class sitting at the table working on ELA with Ivey. At one point Maddison start whinnig, and crying. Ivey then picked her book up and deliberately "slammed it on the table in front of Maddison and said: "you need to stop this now". When it didn't work Ivey indicated to Maria: "I was only trying to scare her to get her attention. This was witnessed by Sherry Scott, Maria Taylor, this was now the second incident conducted by Ivey dealing with Maddison.

## III Statement of Claim

C. was when Defendant Ivey Savage Ivey (here in after) instructed, Maddison" go to the bathroom" Maddison indicated "no" Ivey reached out for Maddison but she sat down. Ivey then aggressively pulled Maddison from the play area to the bathroom. Maddison while in the bathroom on the floor pulled off her shirt. Maria contends Ivey instructed Maddison "put your shirt on" and "however she puts it on it will be the same way all day". Maria contend when she came in contact with Maddison the shirt was on backwards with dirt on it from the floor, Maria assisted Maddison to put the shirt on the correct way

This first incident was observed by Maria Taylor; plaintiff, Sherry Scott, and Ivey Savage; during this incident drugged Maddison from her feet to the bathroom.

## III. Statement of Claim

Plaintiff contends on October 06, 2023 an employee co-worker at Horse Creek Academy approach Plaintiff Maria Taylor with concerns of the treatment towards Maddison.

Cheryl Smith stated defendants Ivey Savage, and Tanya Tobias was trying to force Maddison to color but Maddison refused became upset threw the paper to the floor. Ivey then instructed Maddison to pick it up, but she refused. Tanya and Ivey used unessary force pushing her to the floor with their hand in her back forcing her to pick-up the paper.

Plaintiff contends Cheryl Smith was later terminated for not re-canting her statement.

# III  Statement of Claim

C. Maria contends On September 14, 2023 Ivey's class was lining up Maddison was again refusing to go to the bathroom Ivey once again took her hand Maddison was refusing sat down and said "no" and now for the second time Ivey delibertely grabbed her by the onkle dragging her for the second time with both legs to the bathroom. Maddison was yelling "no, no" and began to cry. Plaintiff then instructed Ivey Savage: "Not to do that again".

This incident was witnessed by: Sherry Scott, Heather Singletary, and Plaintiff Maria Taylor.

III. Statement of Claim

C. Plaintiff's contends the following defendants had actual knowledge of these events for over (3) three years and have fail to act / or correct policy procedures on employee(s) abusive conduct:

(a) Horse Creek Academy
(b) Marti Anderson
(c) Joanna Eichelberger
(d) Ann Marie Taylor
(e) Mary Vigneri
(f) Erica Goodwin

for those actions including the assult of a child by Ivey Savage and Tanya Tobias has caused plaintiff Intentional Infliction of Emotion Distress where as for almost (3) years, plaintiff has been in Doctor / Therapist care, taking over (5) different medications.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff's contends for over 2 years medical treatment:
- Doctors
- Medications
- Therapy
- P.T.S.D

    and

- Depression          (see Attach)

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff is requesting $350,000.00 from each defendant for assult on Maddison
- Ivey Savage
- Tanya Tobias

Defendants b-f $200.000.00 each for failure to act and or protect minor child.

- Plaintiff requesting $150,000.00 from Horse Creek Academy for not doing a better Background Check on employees/mental health or work history.

Page 5 of 6

## V. Relief

- Plaintiff request lost of wages for 2 ½ years
- Plaintiff request all defendant(s) be removed from their duties at Horse Creek Academy Plaintiff request $250,000.00 for defendant(s)

- Ivey Savage
- Tony Tobias

causing Intentional Infliction Of Emotional Distress

In Closing Plaintiff request that this claim be allowed to proceed and to AMEND areas in which documents from SLED, and the Aiken County Sheriff department is in sole possession of.

Plaintiffs are proceeding Pro-Se in the above styled action.

## IV. Injuries

Plaintiff Cory Taylor contends because of all the factors and events of this case and Maria and Maddison's unwanted events which has had a life changing, experince has caused severe distress. Its been now over 2 ½ and plaintiff is still dealing with the events from the employees at Horse Creek Academy.

## V. Relief

$ 100,000.00 from each defendant.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    07/30/2026

Signature of Plaintiff    _Cory Taylor_    _Marion Taylor_
Printed Name of Plaintiff    Cory Taylor    Maria Taylor

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
                      _____
                         City            State        Zip Code
Telephone Number    _____
E-mail Address    _____

Page 6 of 6

Print        Save As...        Add Attachment        Reset