IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

C/A No. 1:26-cv-03102-SAC-KFM

| | |
|---|---|
| MARIA TAYLOR, individually and as parent and natural guardian of M.T., a minor under the age of fourteen,<br><br>Plaintiff,<br><br>v.<br><br>LIMESTONE CHARTER ASSOCIATION, HORSE CREEK ACADEMY, ANN MARIE TAYLOR, IVEY SAVAGE, and TANYA TOBIAS,<br><br>Defendants. | **DEFENDANTS IVEY SAVAGE AND TANYA TOBIAS'S JOINT MOTION TO DISMISS WITH PREJUDICE** |

Defendants Ivey Savage ("Savage") and Tanya Tobias ("Tobias") (collectively, "these Defendants"), by and through their undersigned counsel, timely and jointly move to dismiss **with prejudice** the Third Cause of Action of the Amended Complaint, which was the only cause of action that Plaintiff asserted against them, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Amended Complaint failed to state a claim upon which the Court could grant relief against these Defendants because:

1) the Amended Complaint did not allege conduct by either Savage or Tobias that satisfies the Fourth Circuit's demanding "shocks the conscience" standard for substantive due process claims arising from a school employee's use of physical force against a student, as it did not plausibly allege injury so severe, force so disproportionate to the need presented, or conduct so inspired by malice or sadism as to amount to a brutal and inhumane abuse of official power;

2) the alternative Fourth Amendment theory fails because the Fourth Circuit analyzes a school employee's use of physical force in the course of instruction and discipline under the Fourteenth

Amendment, and, in any event, the Amended Complaint did not plausibly allege an unreasonable search or seizure; and

3) Savage and Tobias are each entitled to qualified immunity because no clearly established law, as of August through October 2023, placed beyond debate that the conduct alleged against either of them violated the Constitution.

Accordingly, these Defendants respectfully request that the Court enter an order (1) dismissing with prejudice the Third Cause of Action of the Amended Complaint, including both the Fourteenth Amendment theory and the alternative Fourth Amendment theory, as to Savage and Tobias; (2) dismissing Savage and Tobias as parties to this action; and (3) granting such other and further relief as the Court deems just and proper.

As these Defendants' accompanying Memorandum in Support of this Motion more fully shows, Plaintiff failed to state a claim upon which the Court could grant relief against Savage or Tobias. In support of this Motion, these Defendants rely upon the Amended Complaint's allegations, the documents that Plaintiff attached to, referenced, and/or incorporated into the Amended Complaint, and the applicable legal standards that these Defendants cited in their Memorandum in Support of this Motion and/or that they subsequently may provide to the Court.

These Defendants move to dismiss in good faith and had no duty to consult with Plaintiff prior to so moving, pursuant to Rule 7.02 of the Local Civil Rules for the District of South Carolina.

**TURNER PADGET GRAHAM & LANEY, PA**

s/RW Belcher
Reginald W. Belcher, Fed. ID #6940
Post Office Box 1473
Columbia, South Carolina 29202
(803) 254-220
rbelcher@turnerpadget.com
**ATTORNEYS FOR DEFENDANTS**
**IVEY SAVAGE AND TANYA TOBIAS**

November 16, 2026